UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:23-cv-01445-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| James K. Ward and Carol J. Ward, | |
| Defendants. | |

Having reviewed the joint status report at ECF No. 20, the court orders as follows:

- This action **remains stayed**.
- The parties must provide a further joint status report on their settlement efforts **by May 5, 2025**.
- All other dates and deadlines are **vacated**.

IT IS SO ORDERED.

DATED: March 11, 2025.

UNITED STATES DISTRICT JUDGE

1