UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:23-cv-01445-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| James K. Ward and Carol J. Ward, | |
| Defendants. | |

On February 25, 2025, the court granted the parties' joint request to stay this action for sixty days to permit them to pursue a settlement agreement. ECF No. 19. The parties then twice requested to extend the stay, and the court granted these requests. ECF Nos. 20–23. The parties now request to extend the stay further to September 10, 2025, citing complications of unspecified "serious health issues" and the hospitalization of defendant James Ward. ECF No. 24. Having reviewed the record, the court **grants** the request. The stay **will be lifted on September 10, 2025.** On that date, the parties shall file either a notice of settlement or a joint status report proposing a schedule for the resolution of this matter. **The court will entertain no further requests to extend the stay.**

IT IS SO ORDERED.

DATED: July 28, 2025.

UNITED STATES DISTRICT JUDGE