UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:23-cv-01445-KJM-CKD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| James K. Ward and Carol J. Ward, | |
| Defendants. | |

Having reviewed the joint status report at ECF No. 26, good cause appearing and as the parties propose, the court sets the deadline for hearing any dispositive motions as **December 4, 2025**, with final pretrial conference and trial dates to be set in a future order if necessary.

IT IS SO ORDERED.

DATED: September 10, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1