CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-616-2378
Fax: 202-307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES K. WARD and<br>CAROL J. WARD,<br><br>　　　　Defendants. | Case No. 2:23-CV-1445-KJM-CKD<br><br>**ORDER** |

　　　　Before the Court is the United States of America's motion to stay the last day to hear dispositive motions deadline in the above-captioned case. For good cause shown, the Court **GRANTS** the United States' motion and **VACATES** the last day to hear dispositive motions deadline.

　　　　The Court further **ORDERS** that the United States shall notify the Court as soon as Congress has appropriated funds for the Department of Justice. And within fourteen (14) days of that notification, counsel for the United States shall confer with counsel for Defendants James and Carol Ward, and the parties shall file a joint status report proposing a new deadline for the last day to hear dispositive motions.

　　　　**IT IS SO ORDERED.**

Dated . October 24, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE