BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone:        (202) 616-2378
Fax:    (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JAMES K. WARD and<br>CAROL J. WARD,<br><br>           Defendants. | Case No. 2:23-CV-1445-DJC-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT HEARING** |

Plaintiff United States of America and Defendants James K. Ward and Carol J. Ward stipulate and agree to continue the hearing on the United States' motion for summary judgment to May 7, 2026. In support of this joint stipulation and proposed order, the parties state as follows:

1.      The United States filed this lawsuit on July 20, 2023 to reduce to judgment federal income tax assessments against defendants James K. Ward and Carol J. Ward. ECF No. 1. These tax assessments are described in detail in paragraph 8 of the United States Complaint, ECF No. 1 at 2.

2.      On December 18, 2025, the United States filed a motion for summary judgment. ECF No. 33. The motion was noticed for hearing on January 22, 2026, before the Honorable Kimberly J. Mueller—the then-assigned district court judge. *Id.*

Joint Stipulation to Continue SJ Hearing       1

3. The Wards filed a response to the United States' motion for summary judgment on December 31, 2026, ECF No. 34, and the United States filed a reply on January 9, 2026, ECF No. 35.

4. On January 15, 2026, the Court reassigned this case due to the retirement of the Honorable Kimberly J. Mueller and vacated the January 22, 2026 hearing. ECF No. 36.

5. After the case was reassigned to the Honorable Daniel J. Calabretta, ECF No. 37, the Court on its motion, set the hearing on the United States' motion for summary judgment for March 19, 2026 at 1:30 pm in Sacramento, California. ECF No. 39.

6. When the hearing in this case was reset for March 19, 2026, Counsel for the United States already had a hearing on a motion to dismiss scheduled for that morning in San Francisco, California. Counsel for the United States is not confident that he could attend the hearing in San Francisco and make it in time for this hearing in Sacramento—even if the hearing here was pushed back to late afternoon.

7. Due to this conflict, the parties agree and stipulate to continue the hearing in this case on the United States' motion for summary judgment, ECF No. 33, to May 7, 2026.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Joint Stipulation to Continue SJ Hearing    2

The parties therefore respectfully request that the Court continue the hearing on the United States' motion for summary judgment, ECF No. 33, from March 19, 2026 to May 7, 2026 at 1:30 pm PST in Courtroom 7.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

Dated: March 10, 2026

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:      (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

Dated: March 10, 2026

*/s/ Matthew D. Carlson*
Matthew D. Carlson
Attorney
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

*Counsel for James K. Ward and Carol J. Ward*

**IT IS SO ORDERED.**

Dated:  March 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Joint Stipulation to Continue SJ Hearing       3