BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax: (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES K. WARD and<br>CAROL J. WARD,<br><br>Defendants. | Case No. 2:23-CV-1445-DJC-CKD<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE PROPOSED JUDGMENT BY ONE WEEK** |

On October 15, 2026, the Court ordered the United States to meet and confer with James and Carol Ward and to submit a proposed judgment approved as to form by the Wards. The parties respectfully request a one-week extension to file the proposed judgment.

Good cause exists for this short extension because the United States' counsel has been out of the office on parental leave since late September. The United States' counsel did not have the opportunity to prepare and send a draft proposed judgment to the Wards and their counsel until October 22, 2026—the current deadline to file the proposed judgment. To ensure that the Wards have sufficient time to review proposed judgment before it is filed, the parties respectfully request that the Court extend the time to file this proposed judgment by seven (7) days.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

Dated: October 22, 2026

*/s/ Connor J. Pestovich*

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax: (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

Dated: October 22, 2026

/s/ Matthew D. Carlson

Matthew D. Carlson
Attorney
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

*Counsel for James K. Ward and Carol J. Ward*

**IT IS SO ORDERED.**

Dated: October 22, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE